D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
*hcummings@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants Ahern Engineering, LLC,*
*Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RND CONSULTING, INC., an Illinois Corporation,<br><br>                        Plaintiff,<br><br>        vs.<br><br>AHERN ENGINEERING, LLC, a Nevada Limited Liability Company; XTREME MANUFACTURING, LLC, a Nevada Limited Liability Company; XTREME CUBES CORPORATION, a Nevada Corporation,<br><br>                        Defendants. | Case No.:        2:24-cv-00713-CDS-MDC<br><br>**JOINT MOTION FOR ORDER SETTING CASE FOR SETTLEMENT CONFERENCE BEFORE ASSIGNED MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 16-5** |

        Pursuant to Local Rule 16-5, Plaintiff RnD Consulting, Inc. ("Plaintiff"), and Defendants Ahern Engineering, LLC; Xtreme Manufacturing, LLC; and Xtreme Cubes Corporation ("Defendants") (collectively, the "Parties"), through their respective attorneys of record, hereby submit this Joint Motion for Order Setting Case for Settlement Conference Before Assigned Magistrate Judge (the "Joint Motion"). *See also* LR 7-1; LR IB 1-7(b). The Parties' Joint Motion is supported by the following Memorandum of Points and Authorities.

/ / /

WEINBERG WHEELER
HUDGINS GUNN & DIAL

## MEMORANDUM OF POINTS AND AUTHORITIES

While the Parties have engaged in preliminary, informal resolution efforts up to this point, the Parties believe that a formal settlement conference would streamline the Parties' efforts and, in turn, assist the Parties in reaching a global settlement agreement. Given this action's procedural posture[1]—and before expending significant resources retaining experts and conducting extensive deposition discovery—all Parties agree that now is the time to engage in a focused effort to resolve this litigation, with the assigned Magistrate Judge's guidance.

Relevant here, this District's Local Rules directly support the Parties' request:

**LR 16-5.    SETTLEMENT CONFERENCE AND ALTERNATIVE METHODS OF DISPUTE RESOLUTION**

The court may set any appropriate civil case for settlement conference or other alternative method of dispute resolution (ADR)

LR 16-5; *see also* LR 7-1; LR IB 1-7(b). With their request, the Parties also recognize that this Court "is committed to assisting attorneys and parties in reducing costs in civil cases" and that it "is the obligation of attorneys, as officers of the court, to work toward the prompt completion of each case and to minimize litigation expense." LR 1- 1(b).

Accordingly, the Parties respectfully request the Court issue an order under LR 16-5 requiring the Parties and their attorneys to attend a settlement conference at a mutually agreeable time and place to be designated by the Court. With this Joint Motion, the Parties represent that this case is appropriate for an "early settlement conference with a magistrate judge." LR 1-1(b)(3); *see also* LR IB 1-7 (explaining that the duties of a magistrate judge include overseeing confidential settlement conferences). Moreover, the Parties submit this Joint Motion in good faith and not for purposes of unduly delaying discovery or trial.

///

///

///

///

---

[1] Plaintiff initiated this litigation on April 12, 2024. *See* ECF No. 1.

WEINBERG WHEELER HUDGINS GUNN & DIAL

1    For the reasons set forth above, the Parties respectfully request that this Court grant the

2  Parties' Joint Motion and, in accordance with LR 16-5, issue an Order setting this matter for a

3  settlement conference before the assigned Magistrate Judge on a mutually agreeable date.

4

5  DATED this 7th day of February, 2025.        DATED this 7th day of February, 2025.

6  WEINBERG, WHEELER, HUDGINS,               SCHNITZER JOHNSON & WATSON, CHTD.

7  GUNN & DIAL, LLC

8

9  By: */s/ Stephanie J. Glantz*_____        By: */s/ Michael R. Esposito (w/ permission)*___

      D. Lee Roberts, Jr.                         Michael R. Esposito, Esq.

10     Stephanie J. Glantz                         Sebastian F. Gajardo, Esq.

      Hayley J. Cummings                          8985 S. Eastern Ave., Suite 200

11     6385 South Rainbow Blvd., Suite 400         Las Vegas, NV 89123

      Las Vegas, Nevada 89118                     (702) 362-6666

12     Telephone: (702) 938-3838                  *Attorneys for Plaintiff*

      *Attorneys for Defendants Ahern*

13     *Engineering, LLC, Xtreme*

      *Manufacturing, LLC, and Xtreme Cubes*

14     *Corporation*

15

16  IT IS SO ORDERED. The stipulation (ECF No. 26) is denied without prejudice.
   The parties may submit an amended stipulation for settlement conference

17  which includes the following information: (i) a more detailed description
   of the parties' settlement efforts; (ii) a discussion of the parties' most recent

18  settlement offers exchanged; (iii) a brief discussion of the parties' respective
   positions/disagreements regarding the most recent settlement offers

19  exchanged; and (iv) proposed settlement conference dates up to April 30, 2024.
   The parties are requested to please file the amended stipulation

20  by February 21, 2025.

21

22

23

24

25  _____
   Hon. Maximiliano D. Couvillier III

26  United States Magistrate Judge
   Dated: 2-11-25

27

28

WEINBERG WHEELER
HUDGINS GUNN & DIAL

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC,

3  and that on the 7th day of February, 2025, I served a true and correct copy of the foregoing **JOINT**

4  **MOTION FOR ORDER SETTING CASE FOR SETTLEMENT CONFERENCE BEFORE**

5  **ASSIGNED MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 16-5** by e-service, in

6  accordance with the Electronic Filing Procedures of the United States District Court, to the

7  following:

8  Michael R. Esposito, Esq.
   mesposito@sjwlawfirm.com
9  Sebastian F. Gajardo, Esq.
   sgajardo@sjwlawfirm.com
10 Schnitzer Johnson & Watson, CHTD.
  8985 S. Eastern Ave., Suite 200
11 Las Vegas, NV 89123
12 (702) 362-6666
  (702) 362-2203 FAX
13 *Attorneys for Plaintiff*

14

15

16                                */s/ Kelly L. Pierce*_____
                                An employee of WEINBERG, WHEELER, HUDGINS,
17                                 GUNN & DIAL, LLC

18

19

20

21

22

23

24

25

26

27

28

WEINBERG WHEELER
HUDGINS GUNN & DIAL