**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RND Consulting, Inc., | 2:24-cv-00713-CDS-MDC |
| Plaintiff(s), | |
| vs. | **ORDER DENYING MOTION** |
| Ahern Engineering, LLC, et al., | |
| Defendant(s). | |

**IT IS ORDERED that** the *Joint Motion for Settlement Conference* (ECF No. 32) is **DENIED WITHOUT PREJUDICE**. The parties are required to exchange and discuss initial settlement offers, and include a discussion and evaluation of such offers in their request for a settlement conference, before the Court will consider scheduling a settlement conference. Because the Court is granting the parties' stipulation to extend discovery (ECF No.33), the parties must file an amended request for a settlement conference – after settlement offers have been exchanged and discussed – by no later than **May 30, 2025.**

DATED this 8th day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge