D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants Ahern Engineering, LLC,*
*Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RND CONSULTING, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AHERN ENGINEERING, LLC, a Nevada Limited Liability Company; XTREME MANUFACTURING, LLC, a Nevada Limited Liability Company; XTREME CUBES CORPORATION, a Nevada Corporation,<br><br>Defendants. | Case No.: 2:24-cv-00713-CDS-MDC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY**<br><br>**(Fifth Request)** |

Plaintiff RnD Consulting, Inc. ("Plaintiff"), and Defendants Ahern Engineering, LLC; Xtreme Manufacturing, LLC; and Xtreme Cubes Corporation ("Defendants") (collectively, the "Parties"), through their respective counsel of record, request an order modifying the Parties' Joint Discovery Plan and Scheduling Order (ECF No. 15) and prior Orders extending discovery (ECF Nos. 21, 25, 30, and 34), by adding an additional 60-days to the current discovery timeline. This Stipulation includes additional detail as requested by the Court in its Oct. 1, 2025, Minute Order (ECF No. 40). Good cause exists to extend discovery as set forth below.

/ / /

/ / /

In compliance with LR IA 6-1 and LR 26-3, the Parties submit as follows:

I. **STATEMENT OF DISCOVERY COMPLETED TO DATE.**

- The Parties held a scheduling conference on June 11, 2024.
- On June 26, 2024, Defendants served their initial disclosures.
- On July 22, 2024, Plaintiff served its initial disclosures.
- On August 29, 2024, Defendants served their First Set of Requests for Production of Documents to Plaintiff.
- On August 29, 2024, Defendant Xtreme Manufacturing, LLC served its First Set of Interrogatories to Plaintiff.
- On October 14, 2024, Plaintiff served responses to Defendants' First Set of Requests for Production of Documents to Plaintiff.
- On October 14, 2024, Plaintiff served responses to Defendant Xtreme Manufacturing, LLC's First Set of Interrogatories to Plaintiff.
- On October 23, 2024, Plaintiff served its first supplemental responses to Defendant Xtreme Manufacturing, LLC's First Set of Interrogatories to Plaintiff.
- On November 14, 2024, Plaintiff served its First Supplemental List of Witnesses and Documents Pursuant to FRCP 26(a).
- On November 14, 2024, Plaintiff served its First Supplemental Response to Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, AND Xtreme Cubes Corporation First Request for Production Of Documents.
- On February 3, 2025, Plaintiff served its First Set of Requests for Admissions to Defendant Xtreme Manufacturing, LLC.
- On February 3, 2025, Plaintiff served its First Set of Requests for Admissions to Defendant Xtreme Cubes Corporation.
- On February 3, 2025, Plaintiff served its First Set of Requests for Admissions to Defendant Ahern Engineering, LLC.
- On February 3, 2025, Plaintiff served its First Set of Requests for Production of Documents to Defendant Xtreme Manufacturing, LLC.

- On February 3, 2025, Plaintiff served its First Set of Requests for Production of Documents to Defendant Ahern Engineering, LLC.
- On February 3, 2025, Plaintiff served its First Set of Requests for Production of Documents to Defendant Xtreme Cubes Corporation.
- On February 3, 2025, Plaintiff served its First Set of Interrogatories to Defendant Xtreme Manufacturing, LLC.
- On February 3, 2025, Plaintiff served its First Set of Interrogatories to Defendant Xtreme Cubes Corporation.
- On February 3, 2025, Plaintiff served its First Set of Interrogatories to Defendant Ahern Engineering, LLC.
- On February 12, 2025, Plaintiff served its Second Supplemental Disclosures.
- On February 12, 2025, Plaintiff served its Privilege Log
- On April 4, 2025, Defendant Ahern Engineering, LLC served its Reponses to Plaintiff's First Set of Requests for Admission.
- On April 4, 2025, Defendant Xtreme Cubes Corporation served its Reponses to Plaintiff's First Set of Requests for Admission.
- On April 4, 2025, Defendant Xtreme Manufacturing, LLC served its Reponses to Plaintiff's First Set of Requests for Admission.
- On April 4, 2025, Defendant Ahern Engineering, LLC served its Reponses to Plaintiff's First Set of Requests for Production of Documents.
- On April 4, 2025, Defendant Xtreme Cubes Corporation served its Reponses to Plaintiff's First Set of Requests for Production of Documents.
- On April 4, 2025, Defendant Xtreme Manufacturing, LLC served its Reponses to Plaintiff's First Set of Requests for Production of Documents.
- On April 4, 2025, Defendant Ahern Engineering, LLC served its Reponses to Plaintiff's First Set of Interrogatories.
- On April 4, 2025, Defendant Xtreme Cubes Corporation served its Reponses to Plaintiff's First Set of Interrogatories.

- On April 4, 2025, Defendant Xtreme Manufacturing, LLC served its Reponses to Plaintiff's First Set of Interrogatories.
- On April 4, 2025, Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation served their First Supplement to Initial Disclosure Pursuant to FRCP 26(a).
- On April 4, 2025, Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation served their First Supplement to their Initial Disclosure Privilege Log.
- On April 16, 2025, Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation served their Second Supplement to Initial Disclosure Pursuant to FRCP 26(a).
- On August 19, 2025, Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation served their Disclosure of Expert Witnesses.
- On August 19, 2025, Plaintiff served its Disclosure of Expert Witnesses.
- On August 29, 2025, Plaintiff served its Third Supplement to its List of Witnesses and Documents Pursuant to FRCP 26(A).
- On August 29, 2025, Plaintiff served its Third Supplement to their Initial Disclosure Privilege Log.
- On September 19, 2025, Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation served their Second Set of Requests for Production of Documents.
- On September 19, 2025, Defendant Xtreme Manufacturing, LLC served its First Requests for Admission.
- On September 19, 2025, Defendant Xtreme Cubes Corporation served its First Set of Interrogatories.
- On September 19, 2025, Defendant Xtreme Manufacturing, LLC served its Second Set of Interrogatories.
- On September 19, 2025, Plaintiff served its Rebuttal Expert Disclosure.

- On September 23, 2025, Defendant Xtreme Manufacturing, LLC served its Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents.
- On September 23, 2025, Defendant Xtreme Cubes Corporation served its Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents.
- On September 23, 2025, Defendant Ahern Engineering, LLC served its Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents.

## II. SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED.

Both Parties anticipate serving additional written discovery based on the documents and information obtained from the additional written discovery that was recently propounded. The Parties are additionally working through several supplements to requests for production of documents and interrogatories based on meet and confer discussions that have occurred between the Parties. To date, the Parties have been able to resolve pending discovery issues without any court intervention and continue to work together to do so.

The Parties additionally will take depositions of witnesses disclosed via the Parties' initial disclosures, supplemental disclosures, and expert disclosures, as well as any additional fact witnesses discovered within requested and produced documents. Defendants have proposed deposition dates for several witnesses and RND is working to confirm availability to accommodate those witnesses. RND additionally has proposed several witnesses and Defendants are working with RND to confirm availability to accommodate those witnesses over which Defendants may have control over.

## III. DISCOVERY REMAINING CANNOT BE COMPLETED WITHIN THE TIME LIMITS SET FORTH BY THE DISCOVERY PLAN.

The Parties have completed both expert and rebuttal disclosures, and several rounds of written discovery. To date, the Parties have been able to resolve pending discovery disputes through productive meet and confer conferences and without court intervention. As a result, the Parties continue to work with each other to ensure that their discovery obligations are mutually satisfied. The Parties anticipate further discovery may be required once the additional disclosures,

responses, and supplements have been served that are the subject of meet and confer resolutions.

Additionally, the Parties are experiencing the anticipated difficulties referenced in previous stipulations in scheduling depositions. These difficulties are due to the schedules of witnesses and the desire of the Parties to accommodate the same, as well as the various out-of-state locations where the witnesses are located. The Parties are working with each other to ensure efficient scheduling, service, and accommodation for all witnesses. Thus, due to the remaining discovery that is required, the Parties request an additional 60-days to complete the same. The Parties have tentatively agreed (subject to certain witness availability, as indicated below) to the following schedule based on the proposed discovery extension herein:

- **October 28, 2025** – RND 30(b)(6) Deposition – Las Vegas, NV[1]
- **October 30, 2025** – Tony Hnyp – Bend, OR (pending witness confirmation)
- **November 4, 2025** – Xtreme Cubes 30(b)(6) Deposition – Las Vegas, NV (pending topics and witness confirmation)
- **November 6, 2025** – Ahern Engineering 30(b)(6) Deposition – Las Vegas, NV (pending topics and witness confirmation)
- **November 7, 2025** – Xtreme Manufacturing 30(b)(6) Deposition – Las Vegas, NV (pending topics and witness confirmation)
- **November 10, 2025** – Don Ahern – Las Vegas, NV (pending witness confirmation)
- **November 13, 2025** – Brian Grommons – Las Vegas, NV (pending witness confirmation)
- **November 13, 2025** – Jake Adkins – Las Vegas, NV (pending witness confirmation)
- **November 17, 2025** – Brian Halminiak – Las Vegas, NV (confirmed)
- **November 18, 2025** – Robert Singer – Las Vegas, NV (confirmed)
- **November 20, 2025** – Jennifer Wilmot – Cleveland, OH (confirmed)

---

[1] The Parties are currently evaluating combining 30(b)(6) topics with individual witness depositions to alleviate the potential for undue burden on the witnesses.

- **December 9, 2025** – Kirk Hartle – Las Vegas, NV (pending witness confirmation)
- **December 10, 2025** – Brandon Main – Las Vegas, NV (pending witness confirmation)
- **December 10, 2025** – Chris Wilcox – Las Vegas, NV (confirmed)
- **December 11, 2025** – Regina Staudacher – *remote* (confirmed)

The Parties further believe that, to the extent the proposed dates do not work for the witnesses whose dates are pending confirmation, they will be able to schedule the same before the proposed close of discovery.

## IV.  PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The Parties propose a 60-day extension to remaining discovery deadlines. The proposed schedule is as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| **Expert Disclosures** | August 19, 2025 | No change |
| **Rebuttal Disclosures** | September 19, 2025 | No change |
| **Close of Discovery** | October 20, 2025 | December 19, 2025 |
| **Dispositive Motions** | November 20, 2025 | January 19, 2026 |

If dispositive motions are filed, the joint pre-trial order shall be due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court. *See* LR 26-1(b)(5).

## V.  GOOD CAUSE EXISTS TO EXTEND THE TIME TO COMPLETE DISCOVERY.

The Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (noting that a district court possesses "inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants."). The Court considers various factors in deciding whether a stay is appropriate. *CMAX*, 300 F.2d at 268.

The Parties have engaged in several rounds of written discovery, and supplements thereto, and completed expert disclosures. Further, the Parties have demonstrated an ability to work together without court intervention, and thus conserving the resources of this court, while still

moving the case forward. The Parties desire to continue working together in completing any written discovery and in completing depositions. The Parties also desire to complete depositions in a fashion that imposes minimal burden on the witnesses by accommodating the schedules of those witnesses.

Based on the foregoing, despite the Parties' diligence and cooperation with each other, remaining discovery cannot reasonably be completed within the existing deadlines, and good cause to extend discovery deadlines exists. This proposed Stipulation and Order to extend deadlines for discovery is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial. Therefore, the Parties respectfully request that this Court grant the requested discovery extension.

DATED this 8th day of October, 2025.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: */s/ Stephanie J. Glantz*
   D. Lee Roberts, Jr.
   Stephanie J. Glantz
   6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
   Telephone: (702) 938-3838
   *Attorneys for Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation*

DATED this 8th day of October, 2025.

SCHNITZER JOHNSON & WATSON, CHTD.

By: */s/ Michael R. Esposito*
   Michael R. Esposito, Esq.
   Sebastian F. Gajardo, Esq.
   8985 S. Eastern Ave., Suite 200
   Las Vegas, NV 89123
   (702) 362-6666
   *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated: 10-16-25