D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

*Attorneys for Defendants Ahern Engineering, LLC,*
*Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RND CONSULTING, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AHERN ENGINEERING, LLC, a Nevada Limited Liability Company; XTREME MANUFACTURING, LLC, a Nevada Limited Liability Company; XTREME CUBES CORPORATION, a Nevada Corporation,<br><br>Defendants. | Case No.:   2:24-cv-00713-CDS-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF RND CONSULTING, INC.'S MOTION TO EXCLUDE DEFENDANTS' IMPERMISSIBLE EXPERT OPINION ON LEGAL MATTERS (ECF No. 39)**<br><br>**(First Request)** |

Plaintiff RnD Consulting, Inc. ("Plaintiff"), and Defendants Ahern Engineering, LLC; Xtreme Manufacturing, LLC; and Xtreme Cubes Corporation ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Motion to Exclude Defendants' Impermissible Expert Opinion on Legal Matters (ECF No. 39) from October 10, 2025 to October 17, 2025.  This is the first stipulation for extension of time to file a response.

/ / /

/ / /

/ / /

1  This extension is being made in good faith based on an unanticipated medical procedure of
2  counsel and is not for purposes of delay.
3  STIPULATED AND AGREED TO:

DATED this 7th day of October, 2025.   DATED this 7th day of October, 2025.

WEINBERG, WHEELER, HUDGINS,   SCHNITZER JOHNSON & WATSON, CHTD.
GUNN & DIAL, LLC

By: */s/ Stephanie J. Glantz*   By: */s/ Michael R. Esposito (w/ permission)*
   D. Lee Roberts, Jr.      Michael R. Esposito, Esq.
   Stephanie J. Glantz      Sebastian F. Gajardo, Esq.
   6385 South Rainbow Blvd., Suite 400   8985 S. Eastern Ave., Suite 200
   Las Vegas, Nevada 89118      Las Vegas, NV 89123
   Telephone: (702) 938-3838      (702) 362-6666
   *Attorneys for Defendants Ahern*      *Attorneys for Plaintiff*
   *Engineering, LLC, Xtreme*
   *Manufacturing, LLC, and Xtreme Cubes*
   *Corporation*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 10-16-25