D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

*Attorneys for Defendants Ahern Engineering, LLC,*
*Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RND CONSULTING, INC., an Illinois Corporation, <br><br> Plaintiff <br><br> vs. <br><br> AHERN ENGINEERING, LLC, a Nevada Limited Liability Company; XTREME MANUFACTURING, LLC, a Nevada Limited Liability Company; XTREME CUBES CORPORATION, a Nevada Corporation, <br><br> Defendants | Case No.:      2:24-cv-00713-CDS-MDC <br><br> **STIPULATION  OF DISMISSAL** <br> **WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff RnD Consulting, Inc. ("Plaintiff"), and Defendants Ahern Engineering, LLC; Xtreme Manufacturing, LLC; and Xtreme Cubes Corporation (collectively, "Defendants" and, together with Plaintiff, the "Parties"), through their respective attorneys of record, to dismiss with prejudice Plaintiffs Complaint (ECF No. 1), and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own fees and costs.

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that all pending motions be DENIED as moot and all hearings be VACATED.

DATED this day of February 17, 2026.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: /s/ Stephanie J. Glantz
    D. Lee Roberts, Jr.
    Stephanie J. Glantz
    6385 South Rainbow Blvd., Suite 400
    Las Vegas, Nevada 89118
    Telephone: (702) 938-3838
    *Attorneys for Defendants Ahern Engineering, LLC, Xtreme Manufacturing, LLC, and Xtreme Cubes Corporation*

DATED this day of February 17, 2026.

SCHNITZER JOHNSON & WATSON, CHTD.

By: /s/ Michael R. Esposito (w/ permission)
    Michael R. Esposito, Esq.
    Sebastian F. Gajardo, Esq.
    8985 S. Eastern Ave., Suite 200
    Las Vegas, NV 89123
    (702) 362-6666
    *Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case. The defendants' motion for partial summary judgment **[ECF No. 37]** and the plaintiff's motion to exclude **[ECF No. 39] are denied as moot**.

_____
United States District Judge

Dated:  February 19, 2026